UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN QUINONES,

                        Plaintiff,

- against -

JACOBI MEDICAL CENTER; CHRISTINE BROWN, ADMINISTRATOR; JANET HERNANDEZ, ASSISTANT DIRECTOR; AND SETH SOKOL, DIRECTOR,

                        Defendants.

**ORDER OF SERVICE**

22 Civ. 4875 (PGG)

---

PAUL G. GARDEPHE, United States District Judge:

        Plaintiff brings this pro se action, for which the filing fee has been paid, alleging that Defendants discriminated against her on the basis of her race, national origin, and sex. (See Cmplt. (Dkt. No. 1))

        The Clerk of Court is directed to issue a summons as to Defendants Jacobi Medical Center; Christine Brown, Administrator; Janet Hernandez, Assistant Director; and Seth Sokol, Director. Plaintiff is directed to serve the summons and Complaint on Defendants within 90 days of the issuance of the summons. If Plaintiff has not served Defendants within that 90-day period or requested an extension of time to do so, the Court may dismiss this action for failure to prosecute.

        The Clerk of Court is further directed to mail an information package to Plaintiff.

Dated: New York, New York
         June 27, 2022

SO ORDERED.

*Paul␣Gardephe* (signature)

Paul G. Gardephe
United States District Judge