USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN QUINONES,

                      Plaintiff,

-against-

JACOBI MEDICAL CENTER; CHRISTINE BROWN, ADMINISTRATOR; JANET HERNANDEZ, ASSISTANT DIRECTOR; AND SETH SOKOL, DIRECTOR,

                      Defendants.

**ORDER**

22-CV-4875 (PGG) (KHP)

---

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court previously ordered Plaintiff to serve Christine Brown, Janet Hernandez, and Seth Sokol (the "Individual Defendants") by December 16, 2022.  Plaintiff filed an affidavit of service regarding Defendant Jacobi Medical Center on November 9, 2022, but Plaintiff has not yet filed an affidavit of service regarding the Individual Defendants.  **By December 30, 2022**, Plaintiff is ordered to file an affidavit of service regarding the Individual Defendants or, if the Plaintiff has not served by that date, file a letter explaining why this Court should not recommend dismissal of the case against the Individual Defendants.

Dated: New York, New York
        December 21, 2022

                                      SO ORDERED.

                                      *Katharine H. Parker*
                                      _____
                                      KATHARINE H. PARKER
                                      United States Magistrate Judge