```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN QUINONES,

                      Plaintiff,

-against-

JACOBI MEDICAL CENTER; CHRISTINE BROWN, ADMINISTRATOR; JANET HERNANDEZ, ASSISTANT DIRECTOR; AND SETH SOKOL, DIRECTOR,

                      Defendants.

---

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

22-CV-4875 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

    A settlement conference in this matter is hereby scheduled for **Monday, July 17, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **July 10, 2023 by 5:00 p.m.**

    **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
       April 27, 2023

                                          SO ORDERED.

                                          *Katharine H. Parker*
                                          _____
                                          KATHARINE H. PARKER
                                          United States Magistrate Judge