```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
CARMEN QUINONES,                                                     :
                                                                     :   Case No. 1:22-cv-04875 (PGG)
                                        Plaintiff,                   :
                                                                     :
         -against-                                                   :   NOTICE OF LIMITED
                                                                     :   APPEARANCE OF
NYCHHC JACOBI MEDICAL CENTER, ET AL.,                                :   *PRO BONO* COUNSEL
                                                                     :
                                        Defendants.                  :
-------------------------------------------------------------------- X

To the Clerk of this Court and all parties of record:

Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff Carmen Quinones for the limited purpose of settlement conference.

We certify that we are admitted to practice before this Court.

Dated:  Newark, New Jersey
        April 27, 2023

**SO ORDERED:**

*[signature: Katharine H. Parker]*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

**04/27/2023**

/s  Alan Serrins
    Alan Serrins, Esq.
    alan.serrins@shu.edu

/s  Adam E. Collyer
    Adam E. Collyer, Esq.
    adam.collyer@shu.edu

/s  David M. White
    David M. White, Esq.
    david.white@shu.edu

**SETON HALL UNIVERSITY
SCHOOL OF LAW
CONFLICT MANAGEMENT PROGRAM**
One Newark Center, Office 429
Newark, New Jersey 07102