USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARMEN QUINONES,<br><br>        Plaintiff,<br><br>-against-<br><br>JACOBI MEDICAL CENTER; CHRISTINE BROWN, ADMINISTRATOR; JANET HERNANDEZ, ASSISTANT DIRECTOR; AND SETH SOKOL, DIRECTOR,<br><br>        Defendants. | **ORDER**<br><br>**22-CV-4875 (PGG) (KHP)** |

**KATHARINE H. PARKER, United States Magistrate Judge.**

  Seaton Hall University School of Law Conflict Management Program has agreed to represent Plaintiff on a pro bono basis for purposes of the upcoming settlement conference. Plaintiff shall contact David M. White, Esq. at Seton Hall at the email address provided in the limited scope appearance to schedule a time to meet in advance of the settlement conference. Per this Court's Individual Practices, Plaintiff shall make a settlement demand on Defendants within 30 days of today. Defendants must make a counter offer by no later than 2 weeks before the settlement conference. The parties are encouraged to resolve the matter on their own in advance of the conference and if they are able to do so, they should write to the Court to report any settlement reached. The parties shall otherwise comply with this Court's Individual Practices for Settlement Conferences.

  **The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
   April 27, 2023

2

SO ORDERED.

_____
KATHARINE H. PARKER
United States Magistrate Judge