UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN QUINONES,

                  Plaintiff,

-against-

JACOBI MEDICAL CENTER; CHRISTINE BROWN, ADMINISTRATOR; JANET HERNANDEZ, ASSISTANT DIRECTOR; AND SETH SOKOL, DIRECTOR,

                  Defendants.

**ORDER**

22-CV-4875 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/2023

**KATHARINE H. PARKER, United States Magistrate Judge:**

On November 1, 2023, the parties appeared for status conference. As discussed at the conference, the Court is extending Plaintiff's time to file an opposition to the motion to dismiss to **Thursday, November 30, 2023** nunc pro tunc. Defendants shall have until **Thursday, December 14, 2023** to file a reply. No further extensions will be granted absent a showing of good cause.

    SO ORDERED.

DATED:    New York, New York
              November 1, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge