```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMEN QUINONES,

                          Plaintiff,

-against-

JACOBI MEDICAL CENTER; CHRISTINE BROWN, ADMINISTRATOR; JANET HERNANDEZ, ASSISTANT DIRECTOR; AND SETH SOKOL, DIRECTOR,

                          Defendants.

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

22-CV-4875 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Monday, January 8, 2024 at 3:30 p.m.** At the scheduled time, counsel shall call the Court's conference line at **(866) 434-5269, Access code: 4858267**. The Court will separately circulate a security code to counsel for the call.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

SO ORDERED.

DATED:    New York, New York
             December 20, 2023

_____
KATHARINE H. PARKER
United States Magistrate Judge

1